UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD PAUL CARTER,

Plaintiff,

v.

FOERSCHLEOR, et al.,

Defendants.

Case No.: 3:26-cv-00818-ART-CSD

**ORDER**

On October 21, 2026, pro se Plaintiff Richard Paul Carter, who is in custody at the Carson City Jail, filed an application to proceed *in forma pauperis*. (ECF No. 1).[1] He has not, however, submitted a civil-rights complaint. “A civil action is commenced by filing a complaint with the court.” Fed. R. Civ. P. 3. “A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court’s form.” Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). If Plaintiff wishes to proceed with this action, he must file a complaint that complies with LSR 2-1 and is personally signed. And Plaintiff should file the complaint on this Court’s approved civil-rights form.

It is therefore ordered that Plaintiff has **until November 30, 2026**, to submit a signed complaint to this Court.

[1] Plaintiff wrote a letter to the Court expressing concern that his ifp application was incomplete. The Court has inspected the application and deems it complete.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, with a new complaint and under a new case number, along with either the filing fee or a fully completed application to proceed *in forma pauperis*.

The Clerk of the Court is directed to send Plaintiff Richard Paul Carter the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED THIS 28th day of October 2026.

UNITED STATES MAGISTRATE JUDGE